# United States District Court
# District of Oregon

Jonathan Lee Riches d/b/a
Gordon Gekko,
Plaintiff

CASE NO: 08-3114-KI

V.

Association of community organizations
for Reform NOW, "Acorn"; Bureau of
Prisons; Kevin Whelan,
Defendants

## HABEAS Corpus Relief under 28 USC 2241
## Preliminary Injunction, Temporary Restraining order

Comes now the Plaintiff Jonathan Lee Riches d/b/a Gordon Gekko, in pro-se, moves this Court for Habeas Corpus Relief under 28 USC 2241, the manner in which my Federal sentence is executed is unconstitutional. I seek immediate release from Federal prison and compel defendants to stop submitting my name on voter registration forms in the Pacific Northwest.

I just found out my Identity has been stolen by defendant "Acorn" who received my Prison files from corrupt Bureau of Prison employees from FCI Williamsburg. Acorn uses Federal inmates personal information, Social security numbers and DOB of inmates, then registers them to vote democratic in numerous States including Oregon. I'm a life long Republican, I studied Reyonomics and used capitalism as a ideological tool to commit Identity theft and capitalistic fraud. I'm in prison, surrounded by democratic Afro-american inmates that put my life in imminent danger. I'm the minority when we watch the CNN election center with Cambell Brown. Inmates want to torture me because of my John McCain backing and I made prison water paintings and clay sculpures of John McCain, well Correctional officers shook my cell down, and broke and stole all my John McCain Memorabilia on behalf of the defendants.

HGEZ

then to teach me a lesson, FCI Williamsburg staff stole my prison files and gave them to Acorn (defendants) without my consent. Acorn then stole my identity and opened up store charge cards and credit cards in my name to finance their operation and defendants committed voter registration fraud in my name and numerous variations, like Gordon Gekko, which is a Wall St. A/K/A of mine when I hacked into E-trade accounts and made millions off stock fraud, then using the proceeds to contribute to republican campaigns. I used stolen American express checks to donate 1.75 million to South Dakota Republicans to defeat Sen. Tom Daschale and my identity theft money was used for the Investigation of disgraced mayor Kwayme Kilpatrick, who used my cloned phone to text message other women on E-harmony.com. Defendant Acorn gave white collar criminals nationwide my identity to vote for Barack Obama in Early voting and to register my name as a democrat, this is fraud on my life. The FBI Financial crimes unit contacted me and told me that Acorn is manipulating my life, and provided me with copies of my credit report. Equifax says Acorn opened up a Ethan Allen Store Account under my identity to finance $38,000 of Posh furniture at its Acorn offices, then my Capital One No hassel card, Acorn Executives used my credit card to purchase movie tickets to Oliver Stones W. Movie, 170 tickets and to finance stem cell research. Acorn used my discover credit card to finance Swift Boat commercials and put 2,000 of my money into imprisoned lobbyist Jack Abramoff's prison canteen Account and Acorn took Bill Ayers out to dinner on my Accounts at Red Lopster. Defendant Acorn sends representitives to Federal parole offices and halfway houses and gives felons and ex-inmates cigarettes and booze to register to vote democratic for Barack Obama. I got promised a carton of newports, I don't smoke. Acorn mind manipulates the Homeless and promises them Countrywide Loans through Funnie Mae if they vote Democratic. Jonathan Lee Riches is registered to vote in Oregon, I never been there, I only watched the Oregon Ducks play football on TV. Acorn applied for state food stamps in my name, putting my life in danger, because

I won't be eligible to eat when I get out of prison. Also when I get out of prison, I will never be able to vote Republican Again because Defendants messed up my voting eligibility. I'm scared of Death of Acorn, they are community organizing the USA to conspire Against my life and they stole my Identity and gave it to Youtube Kids, and MTV Rock the vote. Defendants are confusing my mind (Deuteronomy 28:15) and defendants are trying to force me to work for them when I get out to convert Republicans into Democratics. I refuse, I practice dysaesthesia Aethiopis, Defendants got the Kaluli's of New Guinea and the Yanamamo's of Brazil mad at me, I now suffer obsessive compulsive disorders from defendants and I suffer drapetomania, I'm scared of Schizophrenia. The Bureau of Prisons is a Toll Kiste financed by Acorn and they are Shamans threatening me with Trephination to get republican beliefs out of my head. I face inmate Battered syndrome from defendants. I seek relief under the whistleblowing Act, Acorn must stop this voter fraud and Identity theft. Acorn is going to use my citibank visa card to pay for Lawyers to defend themselves in this Suit. Acorn is involved with Registering dead inmates at Angola to vote and Katrina victims, Acorn also Promised illegal immigrants amnesty in safehouses if they vote for Barack. I pray we can have a fair election this Year without Acorn's fraudulent influence. If Barack obama gets office, I will never get parole and inmates will be taxed, and Gay marriages in prison, and my stem cell will get researched on and Iraq war veterans will come home Asap to fill Federal prisons because of trauma, Quitting. I pray this court will release me and tell Acorn to stop Now.

respectfully submitted,

Jonathan Lee Riches d/b/a Gordon Gekko
#40948-018
FCI williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

10-19-08